**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

MARY ANN CAMPBELL, and on behalf
of others similarly situated,

Plaintiff,

v.

Ensurety Ventures, LLC/d/b/a
Omega Autocare.

Defendant.

Case No.:      4:26-cv-387-LPR

**PLAINTIFF'S MOTION TO
ADMIT COUNSEL
PRO HAC VICE**

**MOTION TO ADMIT COUNSEL PRO HAC VICE**

Plaintiff Mary Ann Campbell ("Plaintiff") for her motion to admit counsel *pro hac vice* states:

1.      Anthony Paronich is the principal of Paronich Law, P.C. 350 Lincoln Street, Suite 2400 in Hingham, MA 02043.

2.      Mr. Paronich is a member in good standing of the state bar of Massachusetts and the United States District Court for the District of Massachusetts, Western District of Wisconsin, Eastern District of Michigan, Northern District of Illinois, and Central District of Illinois.

3.      Mr. Paronich states that he will comply with the Local Rules for the United States District Court for the Eastern District of Arkansas, and all procedural requirements of this Court.

4.      Mr. Paronich requests admittance to appear *pro hac vice* for the Plaintiffs, Mary Ann Campbell and others similarly situated.

5.      In accordance with Local Rule 83.5(d), Mr. Paronich designates Zach Ryburn of the Ryburn Law Firm, a member in good standing of the Arkansas Bar, and this Court, as his local counsel. Zach Ryburn's Arkansas Bar Number is #2015061.

- 1 -

WHEREFORE, the Plaintiff requests that this motion be GRANTED.


Dated:  April 21, 2026.


*/s/ Zach F. Ryburn*      ,
Zach Ryburn ARBIN# 2015061
Ryburn Law Firm
650 S. Shackleford Rd., Ste. 231
Little Rock, AR 72211
[o] (501) 228-8100
[f] (501) 228-7300
zach@ryburnlawfirm.com


*/s/ Anthony I. Paronich,*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043.
[o] (617) 485-0018
[f] (508) 318-8100
anthony@paronichlaw.com


*Counsel for Plaintiff*