# UNITED STATES DISTRICT COURT

for the
Eastern District of Arkansas

| | | |
|---|---|---|
| **Mary Ann Campbell, on behalf of herself and others similarly situated** | ) ) ) ) | |
| *Plaintiff* | ) | Civil Action No. 4:26-Cv-387-LPR |
| v. | ) ) | |
| **Ensurety Ventures, LLC. d/b/a Omega Auto Care** | ) ) | |
| *Defendant* | | |

## AFFIDAVIT OF SERVICE

I, Danessa Seward, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Ensurety Ventures, LLC d/b/a Omega Auto Care in Saint Louis County, MO on April 24, 2026 at 12:19 pm at 825 Maryville Centre Dr, Ste 300, Chesterfield, MO 63017-5946 by leaving the following documents with Patricia Newell who as MANAGER_ADMIN at McCarthy Leonard and Kaemnerer LLC is authorized by appointment or by law to receive service of process for Ensurety Ventures, LLC d/b/a Omega Auto Care.

SUMMONS IN A CIVIL ACTION, COMPLAINT – CLASS ACTION
Race: White, Sex: Female, Est. Age: 55-64, Hair: Brown, Glasses: Y, Est. Weight: 140 lbs to 160 lbs, Est. Height: 5' to 5' 3".
Geolocation of Serve: https://google.com/maps?q=38.6382488526,-90.4975771815
Photograph: See Exhibit 1


Total Cost: $95.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.


Executed in

St. Charles County                               ,

MO        on     4/27/2026              .

/s/ *Danessa Seward*
_____
Signature
Danessa Seward
+1 (314) 441-2220

