# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

MARY ANN CAMPBELL, on behalf of
herself and others similarly situated,

        Plaintiff,

v.

ENSURETY VENTURES, LLC. d/b/a
OMEGA AUTO CARE

        Defendant.

CIVIL ACTION FILE NO. 4:26-CV-387-LPR

**JURY TRIAL DEMANDED**

## DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME
## TO RESPOND TO MARY ANN CAMPBELL'S COMPLAINT

Defendant Ensurety Ventures, LLC. d/b/a Omega Auto Care ("Ensurety"), by and through undersigned counsel, for its Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint, states:

1. On April 17, 2026, Mary Ann Campbell ("Campbell") filed her Complaint against Ensurety.

2. The current deadline for Ensurety to file its initial responsive pleading to the Complaint is May 18, 2026.

3. Due to full schedules and the upcoming holiday, Ensurety respectfully requests that the deadline be extended by four (4) weeks, up to and including June 15, 2026.

4. Counsel for Ensurety contacted counsel for Campbell and is authorized to advise the Court that counsel for Campbell consents to the requested extension.

5. The requested extension will not prejudice any party to this case and will not have an effect on any other deadline.

1

6.     This motion is made in good faith and not for the purpose of delay or any improper purpose.

WHEREFORE, Ensurety Ventures, LLC. d/b/a Omega Auto Care requests that the Court enter an Order extending the time for it to answer or otherwise initially respond to Mary Ann Campbell's Complaint to June 15, 2026, along with all other just and proper relief.

Respectfully submitted,

**KUTAK ROCK LLP**

Niki T. Cung, Ark. Bar No. 96153
1277 E. Joyce Blvd., Suite 300
Fayetteville, Arkansas 72703
Telephone: 479-973-4200
Fax: 479-973-0007
Niki.Cung@KutakRock.com

*Attorneys for Ensurety Ventures, LLC*
*d/b/a Omega Auto Care*

2

4931-3845-3420.2