### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

| | | |
|---|---|---|
| **MARY ANN CAMPBELL**, on behalf of herself and others similarly situated, | : | |
| | : | |
| | : | |
| Plaintiff, | : | Case No.: 4:26-CV-387-LPR |
| | : | |
| v. | : | |
| | : | |
| **ENSURETY VENTURES, LLC d/b/a OMEGA AUTO CARE** | : | |
| | : | |
| Defendant. | : | |

### DEFENDANT'S MOTION TO DISMISS

Defendant Ensurety Ventures, LLC respectfully moves the Court for an Order dismissing Plaintiff Mary Ann Campbell's Complaint with prejudice pursuant to Rules 8(a)(2) and 12(b)(6) of the Federal Rules of Civil Procedure. The Complaint fails to allege any facts that Defendant initiated more than one telephone call necessary to maintain the sole cause of action. Defendant's Brief in Support hereof is filed contemporaneously herewith.

Respectfully submitted,

**KUTAK ROCK LLP**
Niki T. Cung, Ark. Bar No. 96153
1277 E. Joyce Blvd., Suite 300
Fayetteville, Arkansas 72703
Telephone: 479-973-4200
Fax: 479-973-0007
Niki.Cung@KutakRock.com

*Attorneys for Ensurety Ventures, LLC*
*d/b/a Omega Auto Care*

4897-7237-9061.2